IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-20829
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JESUS ROJO,

Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CR H-90-240-3
- - - - - - - - - - -
August 14, 1997
Before KING, HIGGINBOTHAM, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

Jesus Rojo contends that the district court erred by
determining that he had an aggravating role in the offense and by
increasing his offense level. We review a district court's
determination that a defendant had an aggravating role in an
offense for clear error. See United States v. Palomo, 998 F.2d
253, 257 (5th Cir. 1993).

Rojo did not present sufficient rebuttal evidence to refute
the information in the presentence report (PSR). United States

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

v. Vital, 68 F.3d 114, 120 (5th Cir. 1995) (If the defendant does not submit affidavits or other evidence to rebut the information in the PSR, the district court may "adopt [the PSR] without further inquiry or explanation.").  The district court did not clearly err by enhancing Rojo's sentence based on his role in the offense.

AFFIRMED.